UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON


UNITED STATES OF AMERICA

v.                          CRIMINAL ACTION NO. 2:12-00133

RICHARD LAMAR BANKS


SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER
MEMORANDUM OPINION AND ORDER


On July 1, 2015, the United States of America appeared by C. Haley Bunn, Assistant United States Attorney, and the defendant, Richard Lamar Banks, appeared in person and by his counsel, Michael J. Del Giudice, for a hearing on the petition on supervised release submitted by United States Probation Officer Joseph Black.  The defendant commenced a three-year term of supervised release in this action on August 8, 2014, as more fully set forth in the Judgment Including Sentence Under the Sentencing Reform Act entered by the court on November 16, 2012.

The court heard the admissions of the defendant and the representations and argument of counsel.

For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found that the defendant has violated the conditions of supervised release in the following respects:  (1) the defendant possessed cocaine in violation of federal and state law and the condition of supervised release that he not possess any controlled substance except as prescribed by a physician inasmuch as he was found by law enforcement on May 11, 2015, to be in possession of approximately 29 grams of cocaine, the defendant having admitted to the probation officer on May 12, 2015, that he was arrested and that he had cocaine in his possession; and (2) the defendant was arrested on May 11, 2015, at the home of Michael Simpson, a convicted felon, and had not been given permission by the probation officer to associate with Mr. Simpson; all as admitted by the defendant on the record of the hearing and as set forth in the petition on supervised release.

And the court finding, as more fully set forth on the record of the hearing, that the violations warrant revocation of supervised release and, further, that it would unduly depreciate the seriousness of the violations if supervised release were not

revoked, it is ORDERED that the supervised release previously imposed upon the defendant in this action be, and it hereby is, revoked.

And the court having complied with the requirements of Rule 32(a)(1)(B) and (C) of the Federal Rules of Criminal Procedure, and finding, after considering the factors set forth in 18 U.S.C. § 3583(e), that the defendant should be confined to the extent set forth below, it is accordingly ORDERED that the defendant be, and he hereby is, committed to the custody of the United States Bureau of Prisons for imprisonment for a period of EIGHT (8) MONTHS, to be followed by a term of twenty-eight (28) months of supervised release upon the standard conditions of supervised release now in effect in this district by order entered June 22, 2007, and the further condition that the defendant not commit another federal, state or local crime.

The defendant was remanded to the custody of the United States Marshal.

The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED:  July 6, 2015

John T. Copenhaver, Jr.
United States District Judge